IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN -7 PM 2:51
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JEFFERSON D. GILDER, individually and on
behalf of the heirs of ROBERT G. GILDER;

Plaintiff,

vs.

No. 2:04-cv-2852-D

VENCOR NURSING CENTERS
LIMITED PARTNERSHIP, k/n/a KINDRED
NURSING CENTERS LIMITED PARTNERSHIP,
d/b/a Cordova Rehabilitation & Nursing Center;

Defendant.

## ORDER

Upon Motion of Defendant, Vencor Nursing Centers Limited Partnership, k/n/a Kindred Nursing Centers Limited Partnership, d/b/a Cordova Rehabilitation & Nursing Center, to set aside the Scheduling Order and to set a new scheduling conference, and for good cause shown,, it is hereby:

ORDERED that the Scheduling Order (Docket entry 4) is set aside, and the parties shall appear before the Court for a new scheduling conference on _June 30_, 2005, at _2:00 p.m._ Out of town counsel may participate by telephone, upon written request.

Entered:

_Diane K. Vescovo_
Judge

_June 7, 2005_
Date

08452_00/0415/SLG-000395_1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-13-05_

25

Submitted by:

CHAMBLISS, BAHNER & STOPHEL, P.C.

_____
W. Lee Maddux (BPR No. 001235)
Daryl J. Brand (BPR No. 010203)
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402
(423) 756-3000
Facsimile: (423) 265-9574


BAKER & WHITT, PLLC

_____
Darrell Baker (BPR # 16388)
Deborah Whitt (BPR # 16949)
6800 Poplar Avenue
Suite 205
Memphis, Tennessee 38138
Telephone: 901-737-5656
Facsimile: 901-737-5606

Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing has been served upon counsel for plaintiff, by U.S. Mail, postage prepaid, addressed as follows:

> Jamie W. Howell, Jr.
> Gilder, Howell & Associates, P.A.
> 7090 Malco Blvd., Suite 111
> P.O. Box 193
> Southaven, MS 38671

this 2nd day of June, 2005.

_____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02852 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

W. Jeffrey Hollingsworth
CHAMBLISS BAHNER & STOPHEL
1000 Tallan Bldg.
Chattanooga, TN 37402

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Daryl J. Brand
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

William Lee Maddux
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Deborah Whitt Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Honorable Bernice Donald
US DISTRICT COURT