IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 2: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | | |
|---|---|---|
| JEFFERSON D. GILDER, individually and on behalf of the heirs of ROBERT G. GILDER; | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| VENCOR NURSING CENTERS LIMITED PARTNERSHIP, k/n/a KINDRED NURSING CENTERS LIMITED PARTNERSHIP, d/b/a Cordova Rehabilitation and Nursing Center; | ) ) ) ) ) ) | No.  2:04-cv-2852-D/V |
| Defendant. | ) ) ) | |

## JOINT ~~PROPOSED~~ SCHEDULING ORDER

The undersigned counsel for the parties have conferred in accordance with the Court's Notice of Setting of Scheduling Conference (docket entry 26), and agreed upon the following dates to be established as the final dates for:

1.      Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):  January 26, 2005.

2.      Joining parties:  July 15, 2005.

3.      Amending pleadings:  July 15, 2005.

4.      Initial Motions to Dismiss:  August 15, 2005.

5.      Completing all discovery:  November 18, 2005.

        (a)      Document Production, interrogatories, and request for admission: November 18, 2005.

        (b)      Expert witness disclosure (Rule 26):

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on ___7-6-05___

27

        (i)      Disclosure of Plaintiff's Rule 26 expert information:  September 19, 2005.

        (ii)     Disclosure of Defendants' Rule 26 expert information: October 18, 2005.

   (c)     Depositions:  November 18, 2005.

6.     Filing dispositive motions:  December 16, 2005.

7.     Other relevant matters:

No depositions may be scheduled to occur after the discovery cutoff date.  All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within thirty (30) days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within thirty (30) days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last approximately one week. The pretrial order date, pretrial conference date and trial date will be set by the presiding judge.

This case may be appropriate for ADR.  The parties agree to cooperate in evaluating, after the close of discovery, whether the case is appropriate for ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60, shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter.  Neither party may file an additional reply, however, without leave of the court.  If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

Diane K. Vescovo
United States Magistrate Judge

June 30, 2005
Date

APPROVED:


GILDER, HOWELL & ASSOCIATES, P.A.


_Jamie W. Howell, Jr. by DJB per consent_
Jamie W. Howell, Jr.
7090 Malco Blvd., Suite 111
Southaven, MS  38671
Phone:  662.349.2092

*Counsel for Plaintiff*



CHAMBLISS, BAHNER & STOPHEL, P.C.


_Daryl J Brand_
W. Lee Maddux  (BPR No. 001235)
Daryl J. Brand (BPR No. 010203)
1000 Tallan Building
Two Union Square
Chattanooga, TN  37402
Telephone:  423.756.3000
Facsimile:  423.508.1234



BAKER & WHITT, P.L.L.C.
Darrell Baker (BPR No. 16388)
Deborah Whitt (BPR No. 16949)
6800 Poplar Avenue, Suite 205
Memphis, TN  38138
Telephone:  901.737.5656
Facsimile:  901.737.5606

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02852 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

William Lee Maddux
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Deborah Whitt Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

W. Jeffrey Hollingsworth
CHAMBLISS BAHNER & STOPHEL
1000 Tallan Bldg.
Chattanooga, TN 37402

Daryl J. Brand
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT